IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

JOSEPH VERRIER,

    Plaintiff,

v.

Case No. 21-CV-428

DR. MURPHY, ET AL.,

    Defendants.

---

### STIPULATION FOR DISMISSAL

---

The parties hereby stipulate and agree that all claims in the above-captioned case should be dismissed on the merits and with prejudice, without an award of costs to any party, and without further notice.

Date:                                        Joseph Verrier – Plaintiff

Date: September 8, 2023     /s/    Samir S. Jaber
                                                 Samir S. Jaber - Attorney for Defendants